UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re IKE CURRY.

No. C 14-1250 MEJ (PR)

**ORDER OF DISMISSAL**

On March 18, 2014, Plaintiff, a California detainee, filed this pro se civil rights action under 42 U.S.C. § 1983. On the same day, the Clerk notified Plaintiff that he had not filed an application to proceed in forma pauperis ("IFP") and that the case would be dismissed if he did not either pay the filing fee or file a completed IFP application on or before April 15, 2014. The Clerk also notified Plaintiff that he had not filed a complaint, and that the case would be dismissed if he did not file a complaint on or before April 15, 2014.

Plaintiff has not paid the filing fee or completed an IFP application. Plaintiff has also failed to file a complaint. The deadline for doing so has now passed. Accordingly, this case is DISMISSED without prejudice to Plaintiff filing the complaint in a new action in which he either pays the filing fee or submits a complete IFP application, including the required Certificate of Funds and Trust Account Statement.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: APRIL 24, 2014

Maria-Elena James
United States Magistrate Judge